UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COURTNEY A. COLLINS,

                              Plaintiff,

                -against-

BRONX CRIMINAL COURT, et al.,

                              Defendants.

25-CV-2966 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 19, 2025, the Court directed Plaintiff to show cause within 30 days why this action should not be dismissed without prejudice because he did not update his address, as directed in the court's March 18, 2024 Standing Order. *See In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Standing Order"). The Standing Order requires self-represented litigants to inform the court of each change of address or electronic contact information.

Mail sent to Plaintiff's address of record is undeliverable, and he has not provided a current address. Accordingly, the Court dismisses this action without prejudice, under Rule 41(b) of the Federal Rules of Civil Procedure, for Plaintiff's failure to comply with the March 18, 2024 Standing Order. This dismissal is without prejudice to Plaintiff's filing a new civil action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:    January 2, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge